Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL XII

| MARCO ROSADO CONDE<br><br>Apelante<br><br>v.<br><br>BANCO POPULAR DE PUERTO RICO Y OTROS<br><br>Apelados | TA2026AP00271 | Apelación procedente del Tribunal de Primera Instancia, Sala de Guaynabo<br><br>Caso Núm.: GB2025CV01103<br><br>Sobre: Daños y Perjuicios |
|---|---|---|

Panel integrado por su presidente, el Juez Candelaria Rosa, el Juez Adames Soto, el Juez Campos Pérez y la Jueza Trigo Ferraiuoli.

Candelaria Rosa, Juez Ponente

## SENTENCIA

En San Juan, Puerto Rico, a 20 de abril de 2026.

Atendida la *Moción Sobre Desistimiento del Recurso de Apelación y Sobre Otros Asuntos* sometida el 16 de abril de 2026 por el apelante Marco Rosado Conde, se declara ha lugar. Se da por desistido con perjuicio el recurso al amparo de la Regla 83 (A) del Reglamento del Tribunal de Apelaciones, *In re Aprob. Enmdas. Reglamento TA*, 2025 TSPR 42, pág. 109, 215 DPR ___ (2025), y se emite *Sentencia* de desestimación al efecto.

Lo acordó y manda el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones